ACCEPTED
14-14-01008-cr
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
5/6/2015 12:46:35 PM
CHRISTOPHER PRINE
CLERK

IN THE
FOURTEENTH COURT OF APPEALS
OF TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
5/6/2015 12:46:35 PM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| MARY KUOL | § | |
| | § | |
| VS. | § | Case Number No. 14-14-01008-CR |
| | § | |
| THE STATE OF TEXAS | § | |

**First Motion to Extend Time to File Brief**

Now comes Mary Kuol, appellant in the above-styled and numbered cause, by and through assistant public defender, Jani J. Maselli Wood, and respectfully moves the Court for an extension of time within which to file the appellate brief, and for cause would show the Court as follows:

I.

On December 8, 2014, Ms. Kuol was convicted of the offense of prostitution and sentenced to three years imprisonment in the Texas Department of Criminal Justice - Institutional Division. She was convicted in cause number 1314040 in the 248th District Court of Harris County, Texas, styled *The State of Texas v. Mary Kuol.*

II.

The brief is currently due May 7, 2015. No extensions have been requested.

III.

Undersigned counsel is requesting 30 days from the current due date until June 7, 2015.

IV.

Counsel has been working on a murder appeal in *State v. Joe Lee Bowden*. The record is lengthy;

On April 30, 2015, counsel filed a PDR in *State v. Joshua London*;

On March 25, 2015, the Court of Criminal Appeals granted the State's PDR in *Osmin Peraza v. State*, NOS. PD-0100 & PD-0101-15. The CCA ordered expedited briefing (15 days per side with no extensions of time permitted). Undersigned counsel filed the brief on April 23, 2015. The CCA then set argument for May 20, 2015. This is also requiring additional time to prepare for argument.

V.

This request is made not to delay the proceedings, but to ensure that Ms. Kuol is adequately represented.

WHEREFORE, PREMISES CONSIDERED, Ms. Kuol respectfully prays that this undersigned counsel be designated as the attorney of record in this cause and that the Court permit an extension of time until June 7, 2015.

Respectfully submitted,

ALEXANDER BUNIN
Chief Public Defender
Harris County Texas

*/s/ Jani Maselli Wood*

_____

JANI J. MASELLI WOOD
Assistant Public Defender
State Bar Number 00791195
Harris County Texas
1201 Franklin, 13th Floor
Houston Texas 77002
(713) 368-0001
(713) 368-9278 (Fax)
Jani.Maselli@pdo.hctx.net

Attorney for Appellant,
Mary Kuol

## CERTIFICATE OF SERVICE

Pursuant to Tex. R. App. Proc. 9.5, this certifies that on May 6, 2015, a copy

of the foregoing was emailed to counsel for the state (through texfile.com) at the

following address:

Alan Curry
Assistant District Attorney
1201 Franklin Street, 6th Floor
Houston, TX 77002
curry_alan@dao.hctx.net

*/s/ Jani J Maselli Wood*

_____

JANI J. MASELLI WOOD